# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERIE ATKINSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CSAA GENERAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-00529-RFB-CWH<br><br>**ORDER** |

This matter is before the court on plaintiff's failure to comply with the court's order (ECF No. 7) dated July 13, 2018. In that order, the court ordered the parties to meet and confer and file a proposed discovery plan within 21 days of the order. (Order (ECF No. 7).) To date, the parties have not filed a proposed discovery plan. The parties must file a proposed discovery plan by August 21, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: August 8, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE