# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERIE ATKINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CSAA GENERAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:18-cv-00529-RFB-CWH<br><br>**ORDER** |

This matter is before the court on plaintiff and defendant's failure to comply with the court's order (ECF No. 10), dated August 29, 2018. The parties were to show cause in writing why they failed to comply with the court's order to meet and confer and file a proposed discovery plan. To date the parties have not complied with the show cause order nor filed a proposed discovery plan.

IT IS THEREFORE ORDERED that the parties must appear for a show cause hearing on Thursday, January 3, 2019, at 10:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that the parties' failure to appear at the show cause hearing will result in the imposition of sanctions under Local Rule IA 11-8 and/or Rule 16(f) of the Federal Rules of Civil Procedure.

DATED: December 19, 2018

                                                        _____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE